SWIFT & COMPANY, Appellant, vs. WISCONSIN TAX COM-
MISSION and others, Respondents.

*February 7—March 5, 1929.*

For the appellant there were briefs by *Quarles, Spence &
Quarles* of Milwaukee, attorneys, and *J. V. Quarles* of
Milwaukee and *Maurice Weigle* of Chicago, of counsel,
and oral argument by *Mr. J. V. Quarles* and *Mr. Weigle.*

For the respondents there was a brief by the *Attorney
General* and *Franklin E. Bump,* assistant attorney general,
and oral argument by *Mr. Bump.*

The following opinion was filed March 5, 1929:

CROWNHART, J. This case was argued and submitted
with *Plankinton Packing Co. v. Wisconsin Tax Commis-
sion,* decided herewith (*ante,* p. 368, 224 N. W. 121), and
is ruled in all respects by the opinion in that case.

*By the Court.*—The judgment of the circuit court is af-
firmed.

A motion for a rehearing was denied on April 30, 1929.